IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 4:02cr15WS

DARIN DWAYNE DURANT

### ORDER DISMISSING PETITION

CAME ON TO BE HEARD the petition to revoke the supervised release of the defendant in the above styled and numbered cause, and the Court, having heard from the defendant in his own proper person, from his attorney, from the Assistant United States Attorney, and from the Court's probation officer, is persuaded to dismiss the petition to revoke in light of the defendant's performance of certain conditions thereof, and upon the accord of all parties hereto. Accordingly, the defendant's motion *Ore Tenus* is granted, and the petition is hereby

DISMISSED

on this, the 2nd day of May, 2007.

SO ORDERED.

HENRY T. WINGATE
Chief United States District Judge